# EXHIBITS

A.      4/2/2019        Form 9      CCI Benford

B.      9/19/2019       RHU 180 Day Review

C.      1/27/2020       Form 9      CCI Benford

D.      3/13/2020       RHU 360 Day Review

E.      11/3/2020       Form 9      UTM Bell

F. (1-5)   5/28/2021    Civil Docket #5:20-cv-03163   Waiver of Service

G.      7/8/2021        Form 9      UTM Wildermuth

H.      3/21/2023       RHU Yearly Review

I. (1-12)  11/21/2023   Grievance - Exhaustion Of Remedies