Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GRISSOM
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

33728
Number

### INMATE REQUEST TO STAFF MEMBER

To: CCI Benford                   Date: April 1, 2019
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

You informed me that I'm waiting to be transferred to gen pop at a different facility. Please tell me which facility I can transfer to because I have a central monitor at EDCF and I was transferred from there due to reprisal possibilities from "staff."?

Thank You

Work Assignment: _____   Living Unit Assignment: A3-138
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: Grissom 33728              Date: 4/2/19
(Name & Number)

Disposition: Lansing, and Winfield are your two options. Which do you prefer? Although you do have a C/M at Lansing, so a one for one trade may be difficult.

Employee's Signature

To be returned to inmate.

P-0009

