# RESTRICTIVE HOUSING 180 DAY REVIEW

Offender: GRISSOM, RICHARD                        Location: HCF A3 138
KDOC# 33728                                                    PRD: 10/6/2093

Placement Date: 3/15/2019     Today's Date: 9/9/2019     Total days in RH: 178

Segregation Review Board recommends release: Yes ☑ No ☐  Reason for Recommendation: Attached (2) all I/m's that stole property from him. Unable to atone to CP @ HCF due to this (STG-crip). Will need transfer to another facility.

UTM: _____                                 Date: 9/27/2019
See attached Segregation Review Board notes.

The above listed inmate has been continuously housed in restrictive housing for a period of 180 days. Per IMPP 20-106, III, A: The Program Management Committee of each facility housing restrictive housing inmates shall review those inmates maintained continuously in Administrative Segregation at least every 180 days.

Recommend Retention: ___
Recommend Release: ✓          Deputy Warden – Programs          Date: 10-8-19

Reason for Recommendation: To Transfer only

Recommend Retention: ___
Recommend Release: X          Deputy Warden – Operations          Date: 10/11/19

Reason for Recommendation: _____

Recommend Retention: ___
Recommend Release: X          Warden          Date: 10-17-19

Reason for Recommendation: _____

The above listed inmate has been continuously housed in restrictive housing for a period of 180 days. Per IMPP 20-106, IV, A: The warden of each facility housing restrictive housing inmates shall annually submit a report to the Deputy Secretary for Facilities Management for all Inmates continuously held in administrative segregation for a year or longer, and on each anniversary thereafter.

Recommend Retention: ___
Recommend Release: ___          Deputy Secretary of Corrections          Date

Reason for Recommendation: _____

Return completed forms to: HCF, Classifications & Records Office.