## INFORMAL RESOLUTION

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GRISSOM
Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

33728
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: CCI Benford  Date: January 27, 2020

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been housed in ad seg for over 10 months waiting to be transferred to general population in a different facility to no avail. You informed me that due to a central monitor in Lansing that Larned was the only facility available but I have yet to be transferred. My physical health is declining and the inability to move around in this small cell and hot summers exasperates my condition. *IMPP 20-104 (14)(2) An individual "shall not" be held... longer than reasonably necessary to accomplish the transfer to another facility.* thank you.

Work Assignment: _____   Living Unit Assignment: A3-138
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: Grissom 33728
(Name & Number)
Date: 1-27-2020

Disposition: Sir, There are many inmates who have not been awarded a transfer, and have been here longer than you & I am saying this because KDOC doesn't have the bed space right now to facilitate transfers as quickly as we would like. I have sent an email to the transfer coordinator to see if there is anything we can do to speed it up before summer.

Employee's Signature

To be returned to offender

P-0009