# RESTRICTIVE HOUSING 360 DAY REVIEW

RECEIVED
APR 13 2020
BGC Facility Management Area

Offender: <u>GRISSOM, RICHARD</u>   Location: <u>HCF A3 138</u>
KDOC# <u>33728</u>   PRD: <u>10/6/2093</u>

Placement Date: <u>3/15/2019</u>   Today's Date: <u>3/13/2020</u>   Total days in RH: <u>364</u>

Segregation Review Board recommends release: Yes ☑ No ☐ Reason for Recommendation: Attacked two inmates that stole property from him. Claims he is unable to return to GP @ HCF due to this an incident on STG (crips). Request transfer cm @ LCF/EDCF. Maximum custody Transfer will be difficult.

UTM: [signature]   Date: 3/16/2020

See attached Segregation Review Board notes.

The above listed inmate has been continuously housed in restrictive housing for a period of 360 days. Per IMPP 20-106, III, A: The Program Management Committee of each facility housing restrictive housing inmates shall review those inmates maintained continuously in Administrative Segregation at least every 180 days.

Recommend Retention: ___
Recommend Release: ✓   [signature]   3-31-2020
Deputy Warden – Programs   Date

Reason for Recommendation: * rel upon direct trnst to another faci)

Recommend Retention: X
Recommend Release: ___   [signature]   4/7/20
Deputy Warden – Operations   Date

Reason for Recommendation: Max custody transfer unlikely.

Recommend Retention: ___
Recommend Release: X   [signature]   4-7-20
Warden   Date

Reason for Recommendation: _____

The above listed inmate has been continuously housed in restrictive housing for a period of 360 days. Per IMPP 20-106, IV, A: The warden of each facility housing restrictive housing inmates shall annually submit a report to the Deputy Secretary for Facilities Management for all inmates continuously held in administrative segregation for a year or longer, and on each anniversary thereafter.

Recommend Retention: ___
Recommend Release: ✓   [signature]   4/16/20
Deputy Secretary of Corrections   Date

Reason for Recommendation: _____

Return completed forms to: HCF, Classifications & Records Office.

G-36