**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

_INFORMAL RESOLUTION_

(A2-129)

GRISSOM
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

33728
Number

### OFFENDER REQUEST TO STAFF MEMBER

To: UTM Bell                                        Date: November 1, 2020

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On April 1, 2019 CCI Benford informed me on my Form 9 that I was on the list to be transferred to a different facility, that I had central monitors in Lansing and EDCF so harned was my best option. That was over 19 months ago and I still have not been transferred. On my Restrictive Housing 360 Day Review in May, the Seg Review Board, Deputy Warden, Warden Schnurr and Deputy Secretary of Corrections "all" recommended release upon transfer to a different facility, yet here I sit. *IMPP 20-104 (14)(2) An individual "shall not" be held... longer than reasonably necessary to accomplish the transfer to another facility. * Federal law "Tate vs Carlson" mandates no longer than 90

Work Assignment: (signature) Grissom #33728            Living Unit Assignment: A2-129
Comment:                                                Detail or C.H. Officer: _____

---

Disposition: days max. The two inmates involved in my incident were both transferred "last year." I'm aware that Covid 19 has limited the amount of transfers but they're still being conducted to date. I'm 60 years old with worsening medical issues and continued ad seg confinement especially when approved by the Deputy Secretary of Corrections creates an atypical and significant hardship which violates my 8th Amendment and liberties.

To: Grissom #33728                                   Date: 11/3/2020
(Name & Number)

Disposition: You are scheduled to be transferred once transfers are allowed to occur once due to the COVID pandemic.

_(signature)_
Employee's Signature

P-0009

To be returned to offender.