

SA,PLC4

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:20-cv-03163-JWB-ADM

Grissom (ID 33728) v. Bell et al
Assigned to: District Judge John W. Broomes
Referred to: Magistrate Judge Angel D. Mitchell
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/15/2020
Jury Demand: Plaintiff
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Richard Grissom**
*33728*

represented by **Richard Grissom**
33728
LANSING Correctional Facility
PO Box 2
Lansing, KS 66043-0002
Email: KDOC_court_file_lcf@ks.gov
PRO SE
*Bar Number:*
*Bar Status:*

V.

**Defendant**

**Jordan Bell**
*Unit Team Manager, Hutchinson Correctional Facility, in his individual and official capacity*

represented by **Dennis D. Depew**
Office of Attorney General - Kansas
120 SW 10th Avenue
Topeka, KS 66612-1597
785-368-8426
Fax: 785-291-3767
Alternative Phone:
Cell Phone: 620-332-7180
Email: dennis.depew@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Number: 11605*
*Bar Status: Active*

**Michael Joseph Duenes**
5424 SW 19th Street
Topeka, KS 66604
510-684-6000
Alternative Phone: 785-296-2299
Cell Phone:
Email: michael.duenes@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 26431*
*Bar Status: Active*

**Defendant**

**Daniel Schnurr**
*Warden, Hutchinson Correctional Facility, in his individual and official capacity*

represented by **Dennis D. Depew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 11605*
*Bar Status: Active*

**Michael Joseph Duenes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 26431*
*Bar Status: Active*

**Defendant**

**Clay Vanhoose**
*Major, Hutchinson Correctional Facility, in his individual and official capacity*

represented by **Dennis D. Depew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 11605*
*Bar Status: Active*

**Michael Joseph Duenes**
(See above for address)



Hutchinson, KS 67504-1568
620-625-7253
Fax: 620-728-3262
Alternative Phone:
Cell Phone: 620-899-1240
Email: Jon.Graves@ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Number: 10554
Bar Status: Active

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2020 | 1 | COMPLAINT filed by Plaintiff Richard Grissom. (Attachments: # 1 Exhibits) (smnd) (Entered: 06/16/2020) |
| 06/15/2020 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Richard Grissom. (Attachments: # 1 Inmate Account Statement) (smnd) (Entered: 06/16/2020) |
| 06/15/2020 | 3 | AFFIDAVIT of Financial Status re 2 MOTION for Leave to Proceed in forma pauperis by Plaintiff Richard Grissom. (smnd) (Entered: 06/16/2020) |
| 06/17/2020 | 4 | ORDER ENTERED: Plaintiff's motion to proceed in forma pauperis 2 is granted. The Court assesses an initial partial filing fee of $11.00, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted to and including July 1, 2020, to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of plaintiff shall forward payments from plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The clerk is to transmit a copy of this order to plaintiff, to the finance office at the institution where plaintiff is currently confined, and to the court's finance office. Entered by U.S. Senior District Judge Sam A. Crow on 06/17/20. Mailed to pro se party Richard Grissom by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this |

3

| | | |
|---|---|---|
| | | entry.) (smnd) (Entered: 06/17/2020) |
| 06/24/2020 | | INITIAL PARTIAL FILING FEE PAID on 06/24/20, Receipt Number T4631013959, in the amount of $11.00. (smnd) (Entered: 06/24/2020) |
| 09/29/2020 | 5 | MOTION Requesting Future Encumbrance Cease and Excess Fees Be Immediately Reimbursed by Plaintiff Richard Grissom. (smnd) (Entered: 09/29/2020) |
| 04/27/2021 | 6 | MEMORANDUM AND ORDER ENTERED: The Clerk of Court shall serve Defendants under the e-service pilot program in effect with the Kansas Department of Corrections ("KDOC"). Upon the electronic filing of the Waiver of Service Executed pursuant to the e-service program, KDOC shall have sixty (60) days to prepare the Martinez Report. Upon the filing of that report, the AG/Defendant shall have an additional sixty (60) days to answer or otherwise respond to the Complaint. The Clerk of Court shall enter KDOC as an interested party on the docket for the limited purpose of preparing the Martinez Report. Upon the filing of that report, KDOC may move for termination from this action. Signed by U.S. Senior District Judge Sam A. Crow on 04/27/21. Mailed to pro se party Richard Grissom by regular mail. (smnd) (Entered: 04/27/2021) |
| 04/27/2021 | 7 | SERVICE ORDER ENTERED: The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendants waive formal service of process. The AG and/or the KDOC shall have thirty (30) days from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, KDOC shall have sixty (60) days to prepare a report pursuant to Martinez v. Aaron, 570 F.2d 317 (10th Cir. 1978). Upon the filing of that report, the AG/Defendants shall have an additional sixty (60) days to answer or otherwise respond to the Complaint. In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have ten (10) days from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. Signed by U.S. Senior District Judge Sam A. Crow on 04/27/21. Mailed to pro se party |

4

| | | |
|---|---|---|
| | | Richard Grissom by regular mail. (smnd) (Entered: 04/27/2021) |
| 05/28/2021 | 8 | WAIVER OF SERVICE Returned Executed - Prisoner Case by Micah Eash, Cole Derringer, Alan Carter, Marc Morgan, Jordan Bell, Devin Flowers, Ariel Noble, John Andresen, Shawn Ashford, Daniel Schnurr, Nicholas Woodman, Christopher Loya, Keon Jackson, Thomas Jackson, Cody Reinert, Harold Alcorn, Clay Vanhoose, Phillip Kern, Dusty Michels, Raymond Stiggens. All Defendants. (Depew, Dennis) (Entered: 05/28/2021) |
| 06/10/2021 | 9 | NOTICE of Change of Address by Plaintiff Richard Grissom, #33728: now at Lansing Correctional Facility, P.O. Box 2, Lansing, Kansas 66043. (Attachments: # 1 Envelope) (smnd) (Entered: 06/10/2021) |
| 06/24/2021 | 10 | MOTION for extension of time *to file Martinez Report* by Interested Party Kansas Department of Corrections (Graves, Jon) (Entered: 06/24/2021) |
| 06/25/2021 | 11 | ORDER ENTERED: Interested Party KDOC's Motion for Extension of Time (ECF No. 10 ) is granted. The deadline for the KDOC to file a Martinez Report is July 26, 2021. Signed by Senior U.S. District Judge Sam A. Crow on 06/25/21. Mailed to pro se party Richard Grissom by regular mail. (smnd) (Entered: 06/25/2021) |
| 07/26/2021 | 12 | Second MOTION for extension of time *to file Martinez Report* by Interested Party Kansas Department of Corrections (Graves, Jon) (Entered: 07/26/2021) |
| 08/02/2021 | 13 | ORDER ENTERED: Interested Party KDOC's Second Motion for Extension of Time (ECF No. 12 ) is granted. The deadline for the KDOC to file a Martinez Report is August 25, 2021. Signed by U.S. Senior District Judge Sam A. Crow on 08/02/21. Mailed to pro se party Richard Grissom by regular mail. (smnd) (Entered: 08/02/2021) |
| 08/25/2021 | 14 | Third MOTION for extension of time *to file Martinez Report* by Interested Party Kansas Department of Corrections (Graves, Jon) (Entered: 08/25/2021) |
| 08/27/2021 | 15 | ORDER ENTERED: Interested Party KDOC's Third Motion for Extension of Time (ECF No. 14 ) is granted. The deadline for the KDOC to file a Martinez Report is September 24, 2021. Signed by Senior U.S. District Judge Sam A. Crow on 8/27/2021. |