**Form 9** — APPEAL TO THE WARDEN          GRISSOM
For Cellhouse Transfer                                   Last Name Only
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**          33728
                                                Number

**INMATE REQUEST TO STAFF MEMBER**

To: UTM Wildermuth                    Date: July 7, 2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Plaintiff is appealing HCF's Classification Administrator Bell's decision to transfer him to LCF's long term-segregation instead of general population. On 5/28/21 a lawsuit was executed against CA Bell and the following week Plaintiff was transferred to LCF on 6/2/21 and must be construed as retaliation. Plaintiff was recommended for release to gen pop unanimously by RHU Board, HCF Deputy Warden, Warden and the Deputy Secretary of Corrections in 2019 and 2020 respectively. Now Plaintiff is being housed where the worst of the worst are confined. This violates the 8th and 14th Amendment and his liberty interest and is retaliatory.

Work Assignment: _____   Living Unit Assignment: A2-105
Comment: _____    Detail or C.H. Officer: _____

Disposition: _____

To: Grissom #33728                    Date: 7·8·2021
(Name & Number)

Disposition: Not sure what you are wanting me to do w/this paperwork. Per our discussion in seg review. You will be in A2 a minimum of 4 months, however, we (Major Bell myself & EAI) will advocate for your release to GP when you reach that 4 month mark. We cannot do anything until then.

Employee's Signature                  To be returned to inmate.
— UTM Wildermuth
P-0009