# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☒ YEARLY | ☐ BMU |
|---|---|---|---|---|---|
| Name: | Grissom, Richard | | DOC# | 33728 | Date: 3-21-23 |
| Date of placement: | 3/18/2019 | Location: | EDCF | Current Cell Location: | A2 107 |
| IMPP Segregation Status: | | IMPP 20-104 IB () HO | | Inmate Appeared? Yes ☐ | ☒ No |

## SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 1-18-18 | Facts: Offender Grissom, Richard (KDOC#33728) while housed as general population in A1-264 at EDCF-C was involved in a physical altercation with CSI Palm. During the process of CSI Palm searching offender Grissom's Native American materials in his medicine bag, offender Grissom refused his directives and his resulting orders to be restrained. Offender Grissom then exited the cell grabbed CSI Palm's upper body with one hand and began striking several him with a closed fist in the stomach. After striking the officer, Grissom then physically picked the officer up under by the legs as if considering throwing over him over the 200 run hand railing. Due this incident, another offender attempting to aide Grissom which resulted in his commission of four additional staff batteries. Offender Grissom was placed on Other Security Risk status to prevent further disruption and for both his and other staff member's safety. Due to the amount of injury inflicted in this incident and the disruption created to facility operations, offender Grissom is recommended for transfer to HCF for long term Seg Placement. This placement is to maintain the safe and secure operation of the El Dorado Correctional Facility. | | |
| 3-15-2019 | DR for Fighting DR#19-03-109 and Dangerous Contraband (3 homemade weapons) | OMIS | EDCF |
| 9-26-22 | Hired as a cellhouse custodian. | OMIS | File |

## SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 3/23/22 | Offender chose to attend RHRB | EDCF B |
| 4/14/2022 | Resident chose to attend RHRB | EDCF B |
| 5/13/2022 | Resident chose to attend monthly RHRB | EDCF C |
| 6/28/2022 | Resident chose to attend monthly RHRB | EDCF A |
| 7/12/2022 | Resident chose to attend monthly RHRB | EDCF A |
| 9-6-2022 | Resident chose to attend monthly RHRB | EDCF A |
| 10-18-2022 | Resident chose to attend monthly RHRB | EDCF A |
| 11-15-22 | Resident chose to attend monthly RHRB | EDCF A |
| 12-20-22 | Resident chose to attend monthly RHRB at cell door | EDCF A |
| 1-24-23 | Resident chose to attend monthly RHRB | EDCF A |
| 2-21-23 | Resident chose not to attend monthly RHRB | EDCF A |
| 3-21-23 | Resident chose not to attend monthly RHRB | EDCF A |

**INMATE'S COMMENTS:** No comments

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☒ No ☐ | Yes ☐ No ☒ | Yes ☐ No ☒ | Yes ☒ No ☐ |

**REASONS FOR RECOMMENDATIONS:** Resident is waiting on a transfer to another facility. Resident has been DR free since 2019 and has not been a management issue. EAI reports no concerns at this time but request a PC waiver for his release. His hope is to once in general population, be approved for a custody exception so that he may go to a facility where he can gain better employment. **Resident does not want to release at EDCF general population.**

| BHP McKeen | CSII Austin | UTM Buchanan |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff (Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: | Comments: | Comments: . |

## PMC REVIEW/SIGNATURES

| PMC Member (Retain ☐ Release ☐) | PMC Member (Retain ☐ Release ☐) | PMC Member (Retain ☐ Release ☐) |
|---|---|---|
| Comments: | Comments: | Comments: |