## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RICHARD GRISSOM,**

                              **Plaintiff,**

               v.                                              **CASE NO. 23-3260-JWL**

**JORDAN BELL, et al.,**

                              **Defendants.**

### MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time to pay the filing fee. (Doc. 5). The motion will be granted and Plaintiff will be granted to and including January 31, 2024, to submit the initial partial filing fee of $210.00, as calculated in the order granting Plaintiff's motion to proceed in forma pauperis (Doc. 3), or to submit the full $350.00 filing fee, as he indicates in the motion he wishes to do. If Plaintiff submits only the required initial partial filing fee, the remainder of the filing fee will be thereafter forwarded from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time to Pay Filing Fee (Doc. 5) is **granted.** Plaintiff is granted to and including January 31, 2024 in which to submit the initial partial filing fee of $210.00 or, if he prefers, to submit the full $350.00 filing fee.

**IT IS SO ORDERED.**

DATED:  This 18th day of January, 2024, at Kansas City, Kansas.

                              S/ John W. Lungstrum
                              JOHN W. LUNGSTRUM
                              United States District Judge

1