**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**RICHARD GRISSOM,**

**Plaintiff,**

v.                                                            **CASE NO. 23-3260-JWL**

**JORDAN BELL, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for a second extension of time to pay the filing fees. (Doc. 7). The motion will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time to Pay Filing Fees (Doc. 7) is **granted.** Plaintiff is granted to and including February 13, 2024 in which to submit the filing fee.

**IT IS SO ORDERED.**

DATED:  This 1st day of February, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

1