IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RICHARD GRISSOM,

                **Plaintiff,**

v.                                                     CASE NO. 23-3260-JWL

**JORDAN BELL, ET AL.,**

                **Defendants.**

## SERVICE ORDER

This matter is a civil rights action filed by a prisoner in the custody of the Secretary of the Kansas Department of Corrections ("KDOC"). The Court has conducted a preliminary review of the Complaint[1] and the Court finds a responsive pleading is necessary.

IT IS ORDERED that:

The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that Defendants Bell, Schnurr, and Hrabe waive formal service of process.

The AG and/or the KDOC shall have **thirty (30) days** from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, Defendants shall have **sixty (60) days** to file an answer or other responsive pleading. Any answer deadline set forth in the docket entry for the waiver of service is not controlling.

---

[1] The preliminary review resulted in the dismissal of Counts II and III of the complaint, as well as certain defendants. (*See* Doc. 9.) Thus, the only remaining claim in this matter is Count I and the only remaining Defendants are Jordan Bell, Daniel Schnurr, and Joel Hrabe.

In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have **ten (10) days** from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. The KDOC shall use the event "SEALED Notice of Last Known Addresses of KDOC Employees" to submit the sealed addresses to the Court.

Copies of this Service Order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED.**

DATED:  This 9th day of February, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge