IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD GRISSOM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 23-3260-HLT |
| | ) |
| **JORDAN BELL,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

Jordan Bell
Printed name of party who waives service          Printed name of party who waives service

Daniel Schnurr
Printed name of party who waives service          Printed name of party who waives service

Joel Hrabe
Printed name of party who waives service          Printed name of party who waives service


Printed name of party who waives service          Printed name of party who waives service


Printed name of party who waives service          Printed name of party who waives service


Printed name of party who waives service          Printed name of party who waives service


Printed name of party who waives service          Printed name of party who waives service

1

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on February 9, 2024 (Doc. 10), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| | |
|---|---|
| March 11, 2024 | s/Matthew L. Shoger |
| Date | Assistant Attorney General |