

**Exhibit A**

# Facility Management

by Nancy Burghart — last modified Oct 30, 2023 04:37 PM

**Oversees operations of eight adult correctional facilities**



| Adult Facilities | Resident Communications | Interpreting Service | Resident Banking |
| Population Report | PREA | Publications | FAQs | Canteen |

## Partnering to Promote Safety and Responsibility through Best Practices

### Facility Management



**Gloria Geither**

**Deputy Secretary**

Email: Facility Management Administration

Phone: (785) 746-7542
Kansas Department of Corrections
Facility Management Division
714 SW Jackson, Suite 300
Topeka, KS 66603

Central Office Contact Information



# Contacts

by David — last modified Jan 16, 2024 01:08 PM
Contributors: Nancy Burghart

**Contact information for KDOC offices and facilities**



## Kansas Department of Corrections

714 SW Jackson, Suite 300
Topeka, KS 66603

**(785) 296-3317**
For general agency questions: E-mail: KDOC_Pub@ks.gov

**For specific resident and family questions or concerns: E-mail or (785) 746-7542**

ABSCONDER TIPS HOTLINE: (785) 746-7620

### Central Office:

- Secretary of Corrections Jeff Zmuda — (785) 746-7457

- Deputy Secretary of Facility Management Gloria Geither — (785) 746-7542

- Deputy Secretary of Juvenile & Adult Community-Based Services *Megan Milner* — (785) 746-7456

- Programs and Risk Reduction Executive Director Dr. Cris Fanning — (785) 746-7459

- Contract & Finance Executive Director Keith Bradshaw — (785) 250-4078

## Central Office:

- Enforcement, Apprehensions & Investigations Director Doug Woods — (785) 414-7755
- Finance Director Janelle Amon — (785) 940-1152
- Human Resources Director Christina Peach — (620) 960-4031
- Information Technology CIO Melissa Mounts — (785) 608-5764
- Legal Services & Policy Chief Legal Counsel Natasha Carter — (785) 506-7615
- Public Affairs Executive Director Jennifer King — (785) 746-7457
- Prisoner Review Board Chair Jonathan Ogletree — (785) 746-7516
- Records Division Kay Scott — (785) 746-7470
- Victim Services Director Mary Stafford — (785) 224-8773
- Public Information Officer David Thompson — (785) 250-4034

## Parole Offices

- For the Parole Services Automated Reporting System, call toll free: (866) 570-7225.

## Community Corrections

## Facilities

## State Employee Directory