Doc. #23
Plaintiff's Exhibits/7-17-24 Response
To Defendant's Doc. #15
___

#A — KDOC IMPP #20-104 (on point at Pg. 5, section I, at #B. 14(a)(2), stating re "Holdovers": "An individual shall not be held on holdover status for a period longer than reasonably necessary to accomplish the transfer to another facility".

#B — Affidavit of Patrick Christopher Lynn;

#C — Exhibit #C attached to Complaint/Doc. #1;

#D — $700,000. Jury Award For Wisconsin Prisoner Denied Due Process In Disciplinary Hearing/June 2024 PLN Article;

#E — Plaintiff's 5-2-24 Letter To S.O.C. Jeff Zmuda Re KSA 75-5251 Staff's Misconduct Complaints & Request For Legit Independent Outside Investigation & Accountabilities For Constitutional & Criminal Abuses;

#F — Plaintiff's 4-29-24 Special Problem Grievance To SOC Per KAR 44-15-201 (re same as #E above);

#G — Plaintiff's Personal Injury Claim Submitted at EDCF On 4-29-24 Per IMPP 02-118 & KAR 44-16-104 are #E above;

#H — Plaintiff's 5-2-24 Letter To KS Gov. Laura Kelly For Appt. Of Independent "Special Counsel" re #E above & Per KSA 75-116.

#I — Jan. 2022 PLN Article re Raven v. Polis, 2021 CO 8, 479 P.3d 918, & liabilities of governor.

#J — Retaliation citations summaries Applicable to & Relevant To Plaintiff's Actionable Claims.

#K — Plaintiff's Followup Letter Inquiries re #F & #G Above.

#L — EDCF General Order #14-106 re "Inmate Rights"

#M — KDOC IMPP #01-000D re "Vision, Mission, & Values".