Exhibit #B

State of Kansas } ss
County of Butler

Affidavit of
Patrick Christopher Lynn

Pursuant to KSA 53-601(a)(2) & 28 USC §§ 1746, I, Patrick C. Lynn herewith declare upon my solemn oath & under state & federal penalties of perjury (KSA 21-5903 & 18 USC §§ 1621) that the following is true & correct & based on personal 1st hand experiences & knowledge, so help me god:

1.) I am a KDOC prisoner & I too am a provably innocent victim of the evil cretin apex predator Paul Morrison, who criminally orchestrated my wrongful convictions on 11-15-96 in Johnson Co. KS; and I too am a victim of corruptly orchestrated retaliations by KDOC officials insidiously abusing their authority w/ arrogant impunity because state & federal officials w/ standing to intervene cowardly failed their legal, moral, & ethical duties... & the retaliations against me between 3-15-15 to 8-30-21, included vindictive "diesel therapy" retaliatory transfers between HCF, LCF, & EDCF & I too was subjected to unlawful admin. seg. under punitive conditions that defied state & federal laws, & which dramatically affected my physical & psychological health because of my confinement conditions & the repulsive hypocrisies ingrained in KDOC officials at HQ, HCF, EDCF, & LCF.

2.) That the "diesel therapy" retaliatory transfers between HCF/LCF/EDCF referenced above, was that I was transferred every 4-6 mos. & the indignities & psychological abuses heaped upon me led to multiple heart attacks & ICU hospitalizations. And during the timeframe Mr. Grissom's "dreadful journey" began on 3-15-19 w/ RHU placement at HCF up to his release to gen. pop. status at EDCF on 4-24-24, I personally was transferred every 4-6 mos. & witnessed countless others routinely transferred thru-out the KDOC & zero valid reasoning existed why prison officials couldn't transfer Mr. Grissom to gen. pop. status at multiple prisons & the "concocted reasons" recited by various prison officials in the face of reality unmasks entrenched arrogant propensities to violating prisoners constitutional & statutory legal rights & the evidentiary proofs readily available condemns them & begs for a "house cleaning" & not merely their swift terminations, but also state/federal criminal prosecutions by a special prosecutor appt. because current state/federal prosecutors corruptly refuse...

3.) I am readily available to testify & elaborate on my actionable experiences w/ Mr. Grissoms named defendants, & validate Mr. Grissom's truths & actionable claims; further I saith naught at this time.
Executed on 7-22-24.

s/ Patrick C. Lynn
Patrick C. Lynn-Affiant
#64377, EDCF, P.O. Box 311
El Dorado, KS 67042