Secretary Of Corrections - Jeff Zmuda
714 S.W. Jackson - 3rd Floor
Topeka, KS  66603

Exhibit #E

RE: KSA 75-5251 staff criminal misconduct complaint and request for legit independent outside investigation and accountabilities for constitutional and criminal abuses

May 2, 2024

Dear S.O.C. Zmuda:

My interpretation of this statute is in good faith and causes me to believe that you possess nondiscretionary statutory legal responsibilities and duties that plainly declares in pertinent part, that:

1.) You "shall" examine and inquire into all matters connected with the government and discipline of the KDOC facilities under your supervision and control and any sanctions or punishments imposed ..., and that

2.) You "shall" also from time to time require reports from facility Wardens germane to any or all such matters stated above

3.) And ... most importantly that it "shall" also be your nondiscretionary legal duty that "mandates" to legitimately inquire into any and all improper and/or unlawful misconduct alleged to have been committed, which includes the facility Warden or any other KDOC staff person.

4.) This statute is unambiguous mandatory language that describes your nondiscretionary legal duties relative to these subject matters, which affords all KDOC residents including myself an enforceable due process, equal protection provided by the 14th Amendment liberty interest entitlement to your legal duties, responsibilities and obligations.

Please note that in conjunction herewith, I am writing Governor Kelly Director of Constituency Services Dawn Knutson; Corrections Oversight Committee Chairman Stephen Owens; Carl Maughan Republican; U.S. Kansas Attorney Kate Brubacher and Civil Rights Unit Director Attorney Andrea Taylor. Over the past 5 plus years neither you (Thrabe, Maldock, Neither) nor your subordinates, Wardens and their subordinates at HCF, LCF or EDCF has complied with their legal obligation to "cease" my egregiously unlawful continued segregation under punitive conditions which constitutes inhumane and criminal mistreatments of constitutional dimensions and retaliations for exercising my 1st Amendment rights. See also U.S. Federal Court case # 23-cv-3260 Grissom v. Jordan Bell, et. al., and exhibits therewith.

I request that you please expedite legitimate investigation into my claims of criminal unconstitutional mistreatments and retaliatory actions and have an outside independent LEO/entity assigned these tasks and I bid you to invoke IMPP12-116

1.

is an investigative tool for myself and those officials directly involved. Please see attached "Flyer" re EAI duties.

Respectfully

[signature]

Richard Grissom # 33728
EDCF, P.O. Box 311
El Dorado, KS 67042

cc:

Evidence Files / Case # 23-cv-3260; Governor Kelly / Director Knudtson; Rep. Stephen Owens / Rep. Carl Maughan - Corr's Oversight Committee; Kansas U.S. Attorney Kate Brubacher and U.S. Attorney Andrea Taylor - Civil Rights unit of the Kansas U.S. District Court

2.