SPECIAL PROBLEM GRIEVANCE TO S.O.C, PER KAR 44-15-201

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**   Exhibit #F

Inmate's Name __RICHARD GRISSOM__   Number __33728__

Facility __EDCF__   Housing Unit __E1-134__   Work Detail __E1-PORTER__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Accord Ross v. Blake, 136 S.Ct. 1850 (2016); Tucker v. Grover, 660 F3d. 1249 (10th Cir. 2010) in reference to the fact that it's evident that nothing seems to qualify as an "emergency grievance" or "special problem grievance", despite the continued negative effects the situation presents.

(continued on the following pages)

Date this report was given to Unit Team for informal resolution (to be completed by inmate) __4/29/24__

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____   _____
Unit Team Signature                Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____   _____
Inmate Signature                   Date

**`WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____   Date of Final Answer _____   Date Returned to Inmate _____

_____ _____   _____ _____
Inmate's Signature              Date     Unit Team Signature              Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

PAGE 2.   SPECIAL PROBLEM GRIEVANCE TO THE SOC

1) On 4/24/24 I was finally released to general population status at EDCF after 5 plus years of vindictive unlawful administrative segregation status and multiple transfers btween seg units at HCF, LCF, AND EDCF, which was a blatantly unconstitutional violation of my 1st Amendment Rights not to be retaliated against for exercising my 1st Amendment Rights verbally and in writing to protest abuses of authority intentionally targeted at me, in defiance of my 4th Amendment Rights to be free from unlawful seizures and not subjected to cruel and unusual pinishments by virtue of being lied to incessantly by prison staff at HC, LCF AND EDCF, WHICH includes the Deputy Secretary of Facilities Management. These actions must be deemed as intentional infliction of psychological abuse which dramatically effected my well being mentally, emotionally and physically.  These continuous constitutional torts violated state and federal criminal laws (KSA 21-5416/ 5105 & 5202 - 18 USC 241,242) . KDOC staff refused to hold those accountable for their misplaced authority and afford me "due process" as mandated by the IMPP"s but instead my monthly reviews were shams that deprived me of the equal protection of the law of which I am entitled to.

2)   Please act in good faith(as should Governor Kelly to whom I'm simultaneously mailing this) and be reminded that I have previously protested these abuses I've been egregiously subjected to and asking her to again to exercise her vast authority and sound discretion to appoint special counsel per  KSA 75-116 to investigate and act on the evidentiary facts no matter who is involved. I beseech you todo your sworn duty per KSA 75-5251 to investigate my 5 plus years of criminalmistreatments. . . because that which has been done to me is unconstitutional,deviant, intentional and criminal (KSA 75-5210 a.).

3)   As I self attempt to recouperate from these malicious actions please note thatlong before your appointment as SOC there was an Ombudsman office that would independently investigate and intervene in situations such as I've endured and retaliatory actions by staff were acted on.

in conclusion, I respectfully request that you comply with the legal directives mention hereinand investigate my legitimate complaints of unconstitutional and criminal abuses that i was subjected to for 5 plus years by KDOC staff.

I anticipate your response. See also exhibits A & B.

_[signature]_
RICHARD GRISSOM #33728


cc;
Governor Kelly; Kansas US Attorney Brubacher; Rep. Owens & other Oversight COmmittee

Evidence Files / KS D. CT c/a#23-cv-3260



# Understanding Internal Investigations

## Information for Residents

**Who conducts investigations inside a correctional facility?**

Investigations into allegations of criminal activity involving employees, visitors or offenders are conducted by the Department of Corrections' Enforcement Apprehensions and Investigations (EAI) Unit. The EAI Unit also may conduct investigations into violations of department policy by offenders and staff.

The EAI Unit is headed by a director who is stationed in the Department's Central office and reports directly to the Secretary of Corrections. Each correctional facility is assigned one or more Special Agents to conduct investigations.

**How are investigations initiated?**

Investigations may be initiated by the director of the EAI Unit (based on credible information), upon request by a Deputy Secretary of Corrections or by the Warden. Offenders and others may report alleged violations of law or policy by using a toll-free, confidential hotline. Hotline calls may result in an investigation being initiated. 888-317-8204

**If I report something, will it be investigated?**

All allegations of criminal activity and sexual misconduct received by the EAI Unit are reviewed and investigated. The decision on how an investigation proceeds is based on the nature of the allegation, resources available and whether the investigation represents a conflict of interest. In some cases, outside investigators may be called upon to conduct an investigation.

Non-criminal allegations involving staff or offenders are also reviewed by EAI staff.

EAI staff may conduct an investigation or refer the matter to another unit (Human Resources or Chief of Security for example).

**How do I report sexual misconduct?**

An offender has several options to report sexual misconduct. First, you may report sexual misconduct to any staff member. If you do not want to report sexual misconduct to a staff person, you may report abuse by calling the Department's Sexual Abuse Hotline from any offender telephone by dialing #50. All hotline calls are free and confidential, and you may remain anonymous.

Family members may report in-custody sexual misconduct by calling the Department's toll-free confidential line **1-888-317-8204**. Callers to this number may remain anonymous.

You may also report sexual misconduct through a confidential Form-9 or letter. A formal grievance procedure is also in place to report sexual misconduct.

To report sexual misconduct to an outside agency, you may contact Legal Services for Prisoners by dialing 1-785-296-8887, or in writing at the following address; P.O. Box 12438 Overland Park, Kansas 66282.

**Should I use the #50 line to report things other than sexual misconduct?**

The #50 line is to report sexual misconduct of any type. When reports of sexual misconduct are reported through the #50 line, an investigation is always initiated. However, issues reported through the #50 line that are not related to sexual misconduct may not result in an investigation being initiated.

**If I report staff misconduct or criminal activity, will I be told of the investigations outcome and the action taken?**

All investigations are subject to workplace privacy and confidentiality laws. Therefore, you will not be informed of staff disciplinary actions. However, depending on the circumstances, you may be informed as to the status of the investigation (i.e., closed, on-going, filing of criminal charges, etc.).

Criminal charges are public information, but you will not be given details related to the criminal investigation. ⟩ BS

**What are my rights during an investigation?**

When an offender allegedly commits a criminal act, the case may be referred to the appropriate law enforcement or prosecutorial agency for possible prosecution.

If the allegation involves a criminal offense, you will be given a Miranda warning and have the right to legal representation.

Should a non-criminal investigation result in you receiving a disciplinary case, you have the right to a hearing and appeal, if found guilty, as provided in the Offender Rule Book.

Offenders are subject to offender rule 44-12-303, Lying (a) "Every offender shall speak the truth. No offender shall lie, misrepresent in the facts, mislead, or give false or misleading information to an officer, employee, or any other person assigned to supervise offenders or having a right to know. No offender shall make false allegations against an officer, employee, offender, or other person."

Because offender or staff misconduct can *& does* jeopardize the safety and security of the correctional facility, you are encouraged to cooperate in all investigations. All allegations of misconduct are taken very seriously by the Department and require the use of resources to investigate. As such, the intentional false reporting of misconduct may result in disciplinary action or criminal prosecution.

*but not when staff do the lying! Or criminal coverups & EAI does that well.*

**Kansas Department of Corrections**

714 SW Jackson, Suite 300
Topeka, KS 66603

✓ (785) 296-3317 ✓
Toll-free Kansas & Missouri : (888) 317-8204
E-mail: KDOC_Pub@ks.gov

*KSA 75-5251 imposes a nondiscretionary legal duty that mandates the S.O.C. SHALL inquire into (all) matters connected w/the government & discipline of (all) KDOC facilities under his control & supervision & SHALL be the SOC's legal duty to legitimately inquire into any & all improper &/or unlawful misconduct alleged to have been committed by any & all KDOC staff...*