Page 1 of 2, Attachment A, IMPP 01-118D
Effective 03-30-16
P-0590

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

Exhibit #9

## Section I

| Filed **AT** Facility No.: | Facility Initials: DCF |
| Filed **AGAINST** Facility No.: | Facility Initials: HCF/LCF/EDCF |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): GRISSOM, RICHARD

KDOC Number: 53728

Type of Claim (circle one): Lost Property    Damaged Property    **(Injury)**

Amount of Claim: In Excess of 75K    Date of Loss Damage, or Injury (MO/DAY/YR): Beginning 4/2/19

Where Loss, Damage, or Injury Occurred: seg units @ HCF/LCF/EDCF

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:    Mailroom    R&D    Central Property
                                            Laundry    Gym    Dining Room
                                            Other Location

**NATURE OF CLAIM** (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how your claim applies to the facts and amounts of the evidence)

The continuing ongoing institutional employee negligence of this claim, under IMPP 1-118D KAR 44-16-104a is an exercise in futility, as my injuries exceeds $500 easily. For "exhaustion of administrative remedies" requirements I simply adopt & reiterate as if fully set forth here, my predetermined adversely special problem grievance to the Secretary Of Corrections per KAR 44-15-201, attached herewith as Exhibit #1 as being my "nature of claim statement and declare under penalty of perjury per USC 1746 and KSA 53-601(a)(2).

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: [signature]    Date: 4/29/24

Subscribed and sworn to before me this _____ day of _____, 20___.

Notary Public

My Commission Expires: _____

| Received from Offender/Claimant: | Date: | Time: |
| UT Name (print): | UT Signature: | Claimant Initials: |

## Section II

Received by Warden/Superintendent on (MO/DAY/YR):    Facility Log No. Assigned:

Investigation Report:

Date (MO/DAY/YR):    Investigator Name (print):    UT Member or Investigator Signature:

Form #01-118D-001