Governor Laura Kelly / Via Dawn Knudtson
Director of Constituency Services
300 S.W. Tenth St. Capitol Bldg. Suite 241-S
Topeka, KS 66612

Exhibit # H

RE: Special Counsel Appointment Request Pursuant to KSA 75-116

May 2, 2024

Dear Governor Kelly / Director Knudtson

Hello. Today is National Prayer Day and thus this missive prays that you will appoint special counsel with powers of the Assistant Attorney General to investigate and amass evidence relative to egregious violations of the criminal laws of the state of Kansas.

I've written to you previously about unconstitutional – criminal mistreatment and unlawful continued confinement in segregation under punitive conditions and "diesel therapy" transfers from HCF to LCF to EDCF and subjected to retaliatory actions for exercising my 1st Amendment rights and challenging my incessant "Holdover" status and mendacities that I was on the list for transfer back to general population at a different facility.

This deviant psychological abuses have exceeded 5 plus years and I was "finally" released to general population on April 24, 2024. KSA 75-5251 provides nondiscretionary statutory legal duties on the Secretary of Corrections to have legitimately investigated my numerous request for his intervention and investigation into this matter. Clearly my pleas have been ignored and he failed to hold himself or the administration accountable.

I pray respectfully that you invoke your authority per KSA 75-116 to investigate my claims of "suffering" 5 plus years of excessive and overwhelming psychological abuses and indignities intentionally implemented which constitutes criminal mistreatment under (KSA 21-5416) and violations of my 1st, 4th, 8th and 14th Amendment Rights. The unnecessary indignities I've been subjected to are legion. I and countless others respectfully request that you and Knudtson or Chief of Staff Will Lawrence interview me germane to my claims under oath by Zoom so that I may fully elaborate the perverse mistreatment I have had inflicted on me "intentionally." At which time I pray that you exercise your authority and sanction those who have abused their authority sans impunity.

Thank you for your time and anticipated response.

Respectfully Yours
[signature] Grissom

Richard Grissom # 33728
EDCF, P.O. Box 311
El Dorado, KS 67042