Jeff Zmuda - KDOC Secretary of Corrections
714 S.W. Jackson Suite 300
Topeka, KS  66603

Exhibit #K
1 of 3

RE: Follow-up inquiry to 4/29/24 Special Problem Grievance per KAR 44-15-201 and Personal Injury Claim per 44-16-104a/IMPP 1-118 submitted to EDCF Officials

Dear SOC. Zmuda,                                    May 20, 2024

Please be advised that I'm wondering why you or your designee have failed to respond to my formal administrative remedies that I've submitted. The arbitrary ignoring and failing to respond is vividly a practice that's ubiquitos within the KDOC.

I believe that the 1st Amendment protects my ability and rights to grievance and address any unconstitutional actions intentionally executed against me.

Please respond to said documents I've submitted.

Respectfully,
[signature] Grissom

Richard Grissom #33728
EDCF, P.O. Box 311
El Dorado, KS  67042

Jeff Zmuda - KDOC Secretary of Corrections
714 S.W. Jackson Suite 300
Topeka, KS 66603

Exhibit #K
2 of 3

RE: Follow-up inquiry to 4/29/24 Special Problem Grievance per KAR 44-15-201 and Personal Injury Claim per 44-16-104a/IMPP 1-118 submitted to EDCF officials

June 17, 2024

Dear S.O.C. Zmuda:

Please be advised this is my second follow-up request germane to my 4/29/24 grievance and Personal Injury Claim.

The constitution protects my right to grievance and address any violations of what I deem to be criminal, unlawful and retaliatory under the 1st Amendment.

Please respond to said documents I've submitted.

Thank you,
Grissom

Richard Grissom #33728
EDCF, P.O. Box 311
El Dorado, KS 67042

Jeff Zmuda - Secretary Of Corrections
714 S.W. Jackson, Suite 300
Topeka, KS 66603

Exhibit # K
3 of 3

RE: Follow-up inquiry to submitted 4/29/24 Special Problem Grievance per KAR 44-15-201 and Personal Injury Claim per 44-16-104a / IMPP 01-118.

July 8, 2024

Dear S.O.C. Zmuda:

This is my third missive inquiring as to the status of the above aforementioned submissions.

Please respond to their status so that I may proceed with litigation. This failure to acknowledge is frustrating and impeding my ability to access the courts.

Thank you for your anticipated response.

Respectfully,
[signature]

Richard Grissom # 33728
EDCF, P.O. Box 311
El Dorado, KS 67042