# KANSAS DEPARTMENT OF CORRECTIONS

| DOC | El Dorado Correctional Facility<br><br>**G**ENERAL<br><br>**O**RDERS | SECTION NUMBER<br><br>14-106 | PAGE NUMBER<br><br>1 of 2 |
|---|---|---|---|
| | | SUBJECT: Inmate Rights | |
| **Approved By:**<br><br>**SIGNATURE ON FILE**<br>Warden | | Original Date Issued: | 02-05-1993 |
| | | Current Amendment Effective: | 01-04-2010 |
| | | Replaces Amendment Issued: | 10-30-1998 |

## POLICY

Inmates shall not be denied access to any program, service, job assignment, or housing unit based solely on the basis of race, religion, national origin, sex, disability, or political views.

## DEFINITIONS

None

## PROCEDURES

I. Access to Programs and Services

   A. Inmates shall have certain rights relative to their living conditions and confinement which shall include.

      1. Living unit assignments specific to an inmate's classification and availability within the facility.

      2. Living conditions that comply with local, state, and federal fire, health, and safety laws and regulations.

      3. Purposeful and respectful interactions with employees.

      4. Participation in the classification process to allow inmates to have input in program planning.

      5. Personal grooming and appearance choices in accordance with facility and departmental policy.

   B. Other programs and services that shall be made available to inmates include.

      1. Access to indoor and outdoor recreation services.

      2. Clergy, spiritual advisors, publications, and related services that allow inmates to participate in recognized religious activities.

      3. Visitation, communication, and correspondence between inmates and their families, friends, public officials, attorneys, officers of the court, etc. within the guidelines of EDCF and KDOC policy.

C. Access to routine and emergency medical, dental, and mental health services provided by persons with appropriate training and under the supervision of a licensed practitioner in accordance with the contracted health care provider's policies.

II. Personal Treatment

A. Staff shall not subject inmates to.

1. Corporal punishment.

2. Deliberate or unnecessary personal injury which exceeds the minimum force allowed when required.

3. Personal abuse and verbal harassment to include intentional damage to personal property.

B. Policies shall be applied fairly and consistently with the focus to address poor behavior in a positive and proactive manner.

**Note:** The general orders set forth herein are intended to establish directives and guidelines for staff, offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, offenders or an independent duty owed by the Department of Corrections to either employees, offenders or third parties. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

Authority to override policy as written in this General Order may only be authorized in writing by the Warden. In an emergency, the Incident Commander may temporarily suspend the General Order for the duration of the time to restore order to the facility and it shall be logged in the emergency log.

## REPORTS REQUIRED

None

## REFERENCES

| | |
|---|---|
| KAR | 44-5-106, 44-5-112, 44-7-113, 44-12-209, 44-12-210, 44-12-106, 44-12-601 |
| IMPP | Chapter 10, Programs and Services Section |
| EDCF General Order | 12-101, 12-102, 13-101, 16-107, 16-102, 21-101, 22-101 |

## ATTACHMENTS

None