# KANSAS DEPARTMENT OF CORRECTIONS

 #M 1 of 2

| | INTERNAL MANAGEMENT POLICY AND PROCEDURE | SECTION NUMBER 01-000D | PAGE NUMBER 1 of 2 |
|---|---|---|---|
| | | SUBJECT: ADMINISTRATION: Vision, Mission, and Values | |
| Approved By: [signature] Secretary of Corrections | | Original Date Issued: | 09-16-14 |
| | | Replaces Version Issued: | N/A |
| | | CURRENT VERSION EFFECTIVE: | 09-16-14 |

| APPLICABILITY: | _ ADULT Operations Only | _ JUVENILE Operations Only | X DEPARTMENT-WIDE |
|---|---|---|---|

## VISION STATEMENT

A safer Kansas through effective correctional services.

## MISSION STATEMENT

The Department of Corrections, as part of the criminal justice system, contributes to the public safety and supports victims of crime by exercising safe and effective containment and supervision of inmates, by managing offenders in the community, and by actively encouraging and assisting offenders to become law-abiding citizens.

## VALUES

Our values represent our beliefs as an organization and serve to set the tone and standard for everything we represent and do. The values listed below should be considered and embedded in every decision we make and every action we take as we go about our daily tasks in support of our mission and as we strive toward our vision of a safer Kansas.

I. Honesty

    A. As an organization, we are open and honest in our dealings with the public, the legislature, fellow employees, and offenders.

II. Professionalism

    A. Improving our individual skills is an ongoing process, and we are committed to that effort. As an organization, we seek the most effective and efficient way to operate, and we are dedicated to the public we serve.

III. Integrity

    A. As a Department, we ensure that all our policies and procedures adhere to the values we represent, and we are consistent in the application of our policies throughout the department.

IV. **Personal Responsibility**

    A. We acknowledge our role and responsibilities and are accountable for our behaviors, decisions, and actions.

V. **Respect**

    A. We hold in high regard the rights of crime victims and the rights and diversity of co-workers, offenders, and other persons. We recognize our differences while striving to be an organization of one.

VI. **Non-Discrimination**

    A. Discrimination based upon an offender's race, religion, national origin, gender, disability, or political views is prohibited in making administrative decisions, in making living unit assignments, in providing access to programs and services, and in any other decision-making procedures affecting an offender's relationship with the Department.

        1. Nothing in the above renouncement of discrimination shall be construed as prohibiting the implementation of accommodations necessary to ensure that disabled offenders can effectively profit from various programs and services offered throughout the Department.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None.

**REFERENCES**

None.

**ATTACHMENTS**

None.