U.S. District Court
District of Kansas

Richard Grissom,
Plaintiff

v.

Jordan Bell, et al.,
Defendants

Case No. 23-CV-3260-HLT/ADM

Plaintiff's Verified Motion For 21 Days Time Extension To File Rebuttal Asst. A/g Showger's Doc # 32

Now Before The Court comes Richard Grissom, pro se, & per 28 USC §1746, he declares the following true & correct under penalty of perjury & states:

1.) He was only just served a copy of Doc 32 until 10-1-24, from the D.Ct.'s Clerk's Ofc. after contacting the Clerk's ofc. w/his unit counselor last week & advised then that the only item filed in this case since his 8-13-24 efiling of (Doc.'s 30 & 31) was Doc. #32 & upon notice to the Clerk he'd not recieved such, the Clerk sent a copy of such - recieved on 10-1-24.

2.) Plaintiff needs 21 days to provide a comprehensive rebuttal to the Court. Nobody is prejudiced by this extension & the interests of justice requires rebuttals that yet again, opposing counsel is in all truth & fact, asking the Court to commit an erroneous mis-carriage of justice & grant him/defendants relief that they know they are not entitled to & severe & swift sanctions must ensue.

Wherefore, Plaintiff requests an extension in good faith.

10-2-24
Date

Respectfully Submitted,
s/ [signature]
Richard Grissom - Pro Se

Certificate of Service

I, Richard Grissom, herewith certify delivering this pleading to EDCF staff to efile to the Clerk's ofc. at 444 SE Quincy, Topeka, KS, 66683, & simultaneously to the defendants counsels, on this 2nd day of October, 2024

s/ [signature]
Richard Grissom #33728
EDCF, P.O. Box 311
El Dorado, KS 67042