U.S. District Court
District of Kansas

Richard Grissom,
Plaintiff

v.

Jordan Bell, et al.,
Defendants

Case No. 23-CV-3260-HLT

Plaintiff's Verified Motion For 30 Days Time Extension Past Present Due Date To File Rule 59(e) Motion

Plaintiff Grissom respectfully moves as styled above & pursuant to 28 USC §§ 1746, humbly declares under penalty of perjury that the following is true & correct, stated in good faith, & based on well-established law, & presents:

1.) That due to recieving the Court's order 2 wks. after the Court entered it, he cannot properly respond w/ a Rule 59(e) motion & needs the time to access the law library & assemble a coherent motion.

2.) That this motion is made in good faith & no party is prejudiced. Note prison officials delay mail deliveries.

Wherefore, Plaintiff respectfully moves for a 30 days time extension past the date now due to act or file his notice of appeal.

Respectfully Submitted,
s/ [signature]
Richard Grissom - Pro Se

Certificate of Service

I, Richard Grissom, certify delivering the foregoing to EDCF staff on 2-25-25, to efile to the Clerk's Off. at 444 SE Quincy, Topeka, KS, & parties.

s/ [signature]
Richard Grissom
#33728, EDCF, PO Box 311
El Dorado, KS 67042