U.S. District Court
District of Kansas

Richard Grissom,
  Plaintiff
v.
Jordan Bell, et al.,
  Defendants

C/A #23-CV-3260-HLT
Plaintiff's Verified Motion
For Change of Judge

Here & Now comes the pro se Plaintiff Richard Grissom & he respectfully moves for a change of Judge pursuant to 28 USC §§ 455(a) &(b)(1), & humbly declares per 28 USC §§ 1746 & under penalty of perjury (18 USC §§ 1621) that the following is true & correct, & made in good faith, & respectfully presents:

1.) He adamantly alleges & believes that Judges Mitchell & Teeter harbors a personal bias against prisoner litigants generally & him specifically, & cannot obtain a fair & impartial determination of his claims, facts & evidences contained in his Verified FAC/Doc. #31-1, & his verified objections to the Magistrate's R&R, & is unduly prejudiced.

And therefore is entitled to a change of Judge to fairly determine his F.R.Civ.P. Rule 59(e) verified motion.

Executed on 3-7-25.

Respectfully Submitted,
s/ [signature]
Richard Grissom - Pro Se

Certificate of Service
I, Richard Grissom, herewith certify delivering the foregoing to EDCF E-1 cellhouse staff on 3-7-25 to efile to the U.S. District Court Clerk's ofc. at 444 SE Quincy, in Topeka, KS, 66603, w/simultaneous e-filing service by the Clerk upon counsel for defendants

s/ [signature]
Richard Grissom
#33728, EDCF, P.O. Box 311
El Dorado, KS 67042

cc: Plaintiff's Casefile