U.S. District Court
District of Kansas

| | |
|---|---|
| Richard Grissom, Plaintiff v. Jordan Bell, et al., Defendants | Case No. 23-CV-3260-HLT<br><br>Notice Of Appeal |

Here & Now, Notice is hereby given to all parties that Richard Grissom — pro se Plaintiff in the above captioned cause, hereby appeals to the 10th Circuit - U.S. Court of Appeals from each & every order issued in this case, including from the final judgment & every post-judgment order entered; executed on 4-1-25.

Respectfully Submitted,

S/ _____
Richard Grissom

Certificate of Service

I, Richard Grissom, herewith certify delivering the foregoing to EDCF E-1 C/H Staff, on this 1st day of April, 2025, to efile to the U.S. District Court Clerk's Ofc. at 444 S.E. Quincy, in Topeka, KS, 66683, w/simultaneous service on defendants counsel.

S/ _____
Richard Grissom
33728, EDCF, P.O. Box 311
El Dorado, KS 67042