To: Clerk's Ofc., U.S. District Court of Kansas, 444 S.E. Quincy, Topeka, KS, 66683.

From: Richard Grissom - #33728, EDCF, P.O. Box 311, El Dorado, KS. 67042.

Re: Efilings This Date re Grissom v. Bell, et al, C/A # 23-CV-3260-HLT

Date: 4-1-25

Dear Clerk's Ofc.,

Submitted for efiling this date in the above cited case, please find my "Plaintiff's Motion For Expedited Decisions To His Post-Judgment Motions & Supplemental Rule 59(e) Arguments (& attaching my 3 separate post-judgment motions efiled on 3-10-25, which I've not recieved any EFN for); and also please find my Notice of Appeal.

Kindly send me an updated ROA reflecting these filings & Orders thereto, & I will remit the 10th Cir. filing fee to you thereafter.

w/ Highest Regards, I am,

s/ [signature]
Richard Grissom - Pro Se

cc:
File